```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 08445
   WILLIE L WHITE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4731


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/08/2007 and was confirmed 06/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.02%.

     The case was dismissed after confirmation 10/01/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
AT & T BANKRUPCTY              UNSECURED       NOT FILED          .00           .00
PALISADES COLLECTIONS IN       NOTICE ONLY     NOT FILED          .00           .00
TXCOLLECT                      UNSECURED       NOT FILED          .00           .00
AT&T                           UNSECURED       NOT FILED          .00           .00
PALISADES COLLECTIONS IN       NOTICE ONLY     NOT FILED          .00           .00
WOLPOFF & ABRAMSON LLP         NOTICE ONLY     NOT FILED          .00           .00
ASSET ACCEPTANCE LLC           UNSECURED          135.92          .00           .00
ASSET ACCEPTANCE CORP          NOTICE ONLY     NOT FILED          .00           .00
COMCAST                        UNSECURED       NOT FILED          .00           .00
CREDIT PROTECTION              NOTICE ONLY     NOT FILED          .00           .00
COMMONWEALTH EDISON            UNSECURED         1309.05          .00           .00
NCO                            NOTICE ONLY     NOT FILED          .00           .00
COMMONWEALTH EDISON            UNSECURED       NOT FILED          .00           .00
COMMONWEALTH EDISON            UNSECURED       NOT FILED          .00           .00
DAVID W EARNES                 NOTICE ONLY     NOT FILED          .00           .00
DYMACOL CORP                   UNSECURED       NOT FILED          .00           .00
EMERGE/FNBO                    UNSECURED       NOT FILED          .00           .00
MCM                            NOTICE ONLY     NOT FILED          .00           .00
NICOR GAS                      UNSECURED       NOT FILED          .00           .00
NICOR GAS                      UNSECURED         2533.83          .00           .00
NCO                            NOTICE ONLY     NOT FILED          .00           .00
PALISADES COLLECTIONS IN       UNSECURED       NOT FILED          .00           .00
BLATT HASENMILLER LEIBSK       NOTICE ONLY     NOT FILED          .00           .00
PALISADES COLLECTIONS IN       UNSECURED       NOT FILED          .00           .00
BLATT HASENMILLER LEIBSK       NOTICE ONLY     NOT FILED          .00           .00
AT & T BANKRUPCTY              UNSECURED       NOT FILED          .00           .00
NCO                            NOTICE ONLY     NOT FILED          .00           .00
T-MOBILE USA                   UNSECURED          131.11          .00           .00
VILLAGE OF SUMMIT              UNSECURED       NOT FILED          .00           .00
VILLAGE OF SUMMIT              UNSECURED       NOT FILED          .00           .00
VILLAGE OF SUMMIT              UNSECURED       NOT FILED          .00           .00
IVAN DAVIS                     NOTICE ONLY     NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08445 WILLIE L WHITE
```

```
JEFFERSON CAPITAL SYSTEM   UNSECURED        1985.80              .00              .00
ROUNDUP FUNDING LLC        UNSECURED        1586.45              .00              .00
RESURGENT CAPITAL SERVIC   UNSECURED          66.34              .00              .00
TIMOTHY K LIOU             DEBTOR ATTY     3,409.20                          1,305.06
TOM VAUGHN                 TRUSTEE                                             100.57
DEBTOR REFUND              REFUND                                                 .00
```

Summary of Receipts and Disbursements:
---
                              RECEIPTS              DISBURSEMENTS
---
TRUSTEE                       1,405.63

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                         1,305.06
TRUSTEE COMPENSATION                                     100.57
DEBTOR REFUND                                               .00
                            ---------------        ---------------
TOTALS                        1,405.63                 1,405.63

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE







                            PAGE   2
        CASE NO. 07 B 08445 WILLIE L WHITE